UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LOUIS VUITTON MELLETIER,

              Plaintiff,

           -against-                                       05 Civ. 1325 (LAK)

WHENU.COM, INC., et al.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court hereby adopts the report and recommendation of Magistrate Judge Eaton, dated November 15, 2006, as amended by the addendum dated November 27, 2006. Judgment against Lushbags.com accordingly.

       SO ORDERED.

Dated:      January 26, 2007

                                                         Lewis A. Kaplan
                                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/07