UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOUIS VUITTON MELLETIER,

                Plaintiff,

        -against-                                    05 Civ. 1325 (LAK)

WHENU.COM, INC., et al.,

                Defendants.
------------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 1/26/07

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court hereby adopts the report and recommendation of Magistrate Judge Eaton, dated November 15, 2006, as amended by the addendum dated November 27, 2006. Judgment against Lushbags.com accordingly.

        SO ORDERED.

Dated:        January 26, 2007

                                              _____
                                                  Lewis A. Kaplan
                                             United States District Judge